UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TREVOR LUNG**                                                          **PLAINTIFF**

v.                  Case No. 3:15-cv-180-KGB/JTR

**JOEY MARTIN, Administrator,**
Poinsett County Detention Center, et al.                      **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). No objections to the Recommended Partial Disposition have been filed, and the time for filing objections has expired. After careful review, the Court approves and adopts the Recommended Partial Disposition in its entirety as this Court's findings in all respects. Therefore, this Court orders that plaintiff Trevor Lung may proceed with: (a) his failure to protect and excessive force claim against defendant John Taylor; and (b) his inadequate medical care claim against defendants Joey Martin and Connie Turner. The Court dismisses without prejudice all other claims against Mr. Martin. The Court dismisses with prejudice all claims against the Poinsett County Detention Center.

The Clerk is directed to prepare a summons for Mr. Martin, Mr. Taylor, and Ms. Turner. The U.S. Marshal is directed to serve the summons, complaint (Dkt. No. 2), amended complaint (Dkt. No. 6), and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer Poinsett County employees, the individual responding to service must file a sealed statement providing the Court with the unserved defendant's last known private mailing address.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 19th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

2