# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TREVOR LUNG                                                                                    PLAINTIFF

V.                                    3:15CV00180 KGB/JTR

JOEY MARTIN, Administrator,
Poinsett county detention center, et al.                                            DEFENDANTS

## ORDER

On December 7, 2015, an Order mailed to Plaintiff at his last known mailing address was returned undelivered because he has been released from custody without providing a forwarding address. *Doc. 12*. In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis*.

2. Plaintiff must file, **January 11, 2016:** (a) a Statement indicating whether he wishes to continue with this lawsuit; and (b) a properly completed freeworld Application to Proceed *In Forma Pauperis*.

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

     3.     Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 11th day of December, 2015.

                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE