UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TREVOR LUNG                                                                                          PLAINTIFF

V.                                      3:15CV00180 KGB/JTR

JOEY MARTIN, Administrator,
Poinsett County Detention Center, et al.                                        DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

**I. Discussion**

Plaintiff, Trevor Lung, has not complied with the December 11, 2015 Order directing him to file a freeworld Application to Proceed *In Forma Pauperis,* and the time to do so has expired.  *Doc. 16.*  Plaintiff did not receive a copy of the December

11, 2015 Order because he failed to maintain a current mailing address with the Clerk, as required by Local Rule 5.5(c)(2). *Doc. 18.* However, prior to his release from custody, Plaintiff received an Order explaining his obligations under Local Rule 5.5(c)(2), and the consequences if he failed to do so. *Doc. 3.*

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order and Judgment adopting this Recommended Disposition would not be taken in good faith.

Dated this 15th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE