UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TREVOR LUNG**                                                                                   **PLAINTIFF**

v.                            Case No. 3:15-cv-180-KGB/JTR

**JOEY MARTIN, Administrator,**
**Poinsett County Detention Center, et al.**                                    **DEFENDANTS**

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 23). No objections to the Recommended Disposition have been filed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects. Mr. Lung's complaint is dismissed without prejudice. The relief requested is denied.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of March, 2016.

_____
Kristine G. Baker
United States District Judge